1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

2

3   UNITED STATES OF AMERICA,       )
                  Plaintiff,       )   **Case No. 2:10-mj-1017-GWF-GWF**
4                                   )
                                    )
5         vs.                       )
                                    )        **ORDER TEMPORARILY**
   MICHAEL JOHNS,                   )       **UNSEALING TRANSCRIPT**
6   _____Defendants._____)

7

8        On January 4, 2013, Felicia Zabin, Transcriber,

9   received a Transcript Order form requesting a transcript of the

10  Motion Hearing, held on October 4, 2011, from Ms. Alina Shell,

11  AFPD, in which a **portion** of the **hearing was sealed.**

12        **IT IS THE ORDER OF THE COURT** that the sealed transcript

13  shall be unsealed for the limited purpose of providing a copy of

14  the transcript as requested by Ms. Alina Shell.

15        **IT IS FURTHER ORDERED** that the sealed transcript shall

16  thereafter be resealed, and a certified copy of the transcript

17  be delivered to the Clerk pursuant to 28, U.S.C., Section

18  753(b), until further order of this Court.

19        **IT IS FURTHER ORDERED** that the receiving party shall

20  not disclose the sealed contents of the transcript of the

21  proceeding to anyone other than the representatives of the

22  parties directly concerned with this case.

23        DATED this 24th day of January , 2013.

24        _____
                  George W. Foley, Jr.
25                United States Magistrate Judge